NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5164

BRIAN ALAN BLAKLEY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Robert G. Nath, Robert G. Nath, PLLC, of McLean, Virginia, argued for plaintiff-appellant.

Teresa T. Milton, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC,  argued for defendant-appellee.  With her on the brief were Nathan J. Hochman, Assistant Attorney General; and Thomas J. Clark, Attorney.

Appealed from:  United States Court of Federal Claims

Judge Susan G. Braden

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5164

BRIAN ALAN BLAKLEY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S).      06-CV-749.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, PLAGER, Senior Circuit Judge and DYK, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: __June 5, 008__      __/s/ Jan Horbaly__
                         Jan Horbaly, Clerk